# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Arc Wood & Timbers, LLC,

                Plaintiff(s)

v.

Riverwood Flooring & Paneling et al.,

                Defendant(s)

CASE No C 4:21-cv-04885-HSG

**STIPULATION AND ORDER SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  Private mediation within 90 days of ruling on motion to dismiss for lack of personal jurisdiction

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: See above.

Date: November 23, 2021

/s/ Nathaniel H. Lipanovich
Attorney for Plaintiff

Date: November 23, 2021

/s/ Edward L. Seidel
Attorney for Defendant

---

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 11/24/2021

*Haywood S. Gilliam Jr.*
U.S. DISTRICT JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-15-2019