Andrew P. Holland/Bar No. 224737
Nathaniel Lipanovich/Bar No. 292283
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Plaintiff**
**Arc Wood & Timbers, LLC**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ARC WOOD & TIMBERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RIVERWOOD FLOORING & PANELING, INC., a Georgia corporation, KEITH LACY, an individual, and DOES 1 through 25,<br><br>Defendants. | NO. **4:21-CV-04885-HSG**<br><br>**STIPULATION TO TRANSFER VENUE; ORDER (as modified)**<br><br>Courthouse: Oakland Courthouse<br>Courtroom 2, 4th Floor<br>1301 Clay Street<br>Oakland, CA 94612<br>Judge: Hon. Haywood S. Gilliam Jr.<br><br>Complaint Filed: June 25, 2021 |

1
STIPULATION TO TRANSFER VENUE; ORDER

WHEREAS, this Action was filed by Plaintiff Arc Wood & Timbers, LLC ("AW&T") against Defendants Riverwood Flooring & Paneling, Inc. ("Riverwood") and Keith Lacy (collectively "Defendants") in the United States District Court for the Northern District of California, on June 25, 2021;

WHEREAS, following the Court's ruling on Defendants' Motion To Dismiss For Lack Of Personal Jurisdiction ("Order," Dkt. 30), the parties desire to resolve the issue of personal jurisdiction and venue without further motion practice;

WHEREAS, the Court noted in its Order that any future briefing should address whether transfer to the Middle District of Georgia would be appropriate given it is where Defendants reside and where the logs at issue are being stored;

WHEREAS, the parties agree that this Action could have been filed in the United States District Court for the Middle District of Georgia;

NOW, THEREFORE, the parties, by and through their respective counsel, hereby stipulate and request entry of an Order transferring this Action from the United States District Court for the Northern District of California to the United States District Court for the Middle District of Georgia pursuant to 28 U.S.C. § 1404.

Dated: December 21, 2021

**THOITS LAW**

By: */s/ Nathaniel H. Lipanovich*

Nathaniel H. Lipanovich
**Attorneys for Plaintiff**
**Arc Wood & Timbers, LLC**

Dated: December 21, 2021

**COOPER, WHITE & COOPER LLP**

By: */s/ Edward L. Seidel*

Edward L. Seidel

**Attorneys for Defendants Riverwood Flooring & Paneling, Inc. and Keith Lacy**

**ECF ATTESTATION**

I, Nathaniel H. Lipanovich, am the ECF user whose ID and password are being used to file this Stipulation To Transfer Venue. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Nathaniel H. Lipanovich*
Nathaniel H. Lipanovich

# ORDER

Pursuant to 28 U.S.C. § 1404, the Court hereby Orders that this Action be transferred from the United States District Court for the Northern District of California to the United States District Court for the Middle District of Georgia. The Court further orders the Clerk for the United States District Court for the Northern District of California to forward all filings in this Action to the Clerk for the United States District Court for the Middle District of Georgia. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 12/22/2021

_____
**Honorable Haywood S. Gilliam Jr.**
**Judge of the United States District Court**